

U.S. Department of Justice

E-FILING

*United States Attorney*
*Northern District of California*

150 Almaden Boulevard, Suite 900   (408) 535-5061
San Jose, California 95113         FAX: (408) 535-5066
San Jose, California 95113

May 9, 2008

Sheila A Songer
31 Kit Sierra Loop
Carson City, NV 89706

CR-8-90227 MISC PVT

FILED MAY 19 2008

Dear Ms. Songer:

This letter is to advise you that you are the target of a Federal Grand Jury investigation of criminal violations of federal laws including, but not limited to, Title 18, United States Code, §371 Conspiracy, and 922(a)(1)(A) Dealing in Firearms Without a license. If you are interested in resolving this matter short of an Indictment, please have your attorney contact the undersigned at (408) 535-5053. If you cannot afford an attorney, I would suggest you call the Federal Public Defenders' Office at (408) 291-7753 and ask that panel counsel be assigned.

If no contact is made with our office prior to May 19, 2008, the matter will proceed in the ordinary course of prosecution.

Sincerely,

JOSEPH P. RUSSONIELLO
United States Attorney

THOMAS M. O'CONNELL
Assistant United States Attorney