# FEDERAL PUBLIC DEFENDER
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
160 WEST SANTA CLARA STREET, SUITE 575
SAN JOSE, CA 95113

**BARRY J. PORTMAN**
*Federal Public Defender*

Telephone (408) 291-7753
Fax (408) 291-7399

E-FILING

May 16, 2008

FILED
MAY 19 2008
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Magistrate Judge Patricia Trumbull
United States District Court
280 S. First Street
San Jose, CA 95113

Re: Sheila A. Songer — CR-8-90227 MISC PVT

Your Honor:

I am writing to request the appointment of a CJA panel attorney to represent Sheila Songer, who is currently being investigated for a possible violation of 18 U.S.C. § 922(a). A copy of the target letter that she received is enclosed. Ms. Songer is not presently represented by counsel.

I believe that Ms. Songer may qualify for the appointment of counsel. She has completed a financial affidavit, which I am enclosing. A proposed order is also enclosed.

Respectfully submitted,

BARRY J. PORTMAN
Federal Public Defender

LARA S. VINNARD
Assistant Federal Public Defender

cc: Tom O'Connell, AUSA (without enclosure)