E-FILING

**FILED**

MAY 19 2008

CLERK
NORTHERN ... CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

UNITED STATES OF AMERICA,    ) No. CR-8-90227 MISC PVT
             Plaintiff,      )
                             ) [PROPOSED] ORDER APPOINTING
    v.                       ) CJA PANEL ATTORNEY,
                             ) PRE-CHARGE
                             )
SHEILA A. SONGER,            )
                             )
             Defendant.      )
_____)

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that CJA panel counsel is appointed to represent Ms. Sheila A. Songer, pre-charge. The Federal Public Defender is ordered to locate panel counsel for Ms. Songer.

Dated: 5/19/08

_____
PATRICIA V. TRUMBULL
United States Magistrate Judge

CJA 23    Submitted

ORDER APPOINTING COUNSEL